FILED
NOV 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: CV 08-80234 MISC VRW

**ORDER TO SHOW CAUSE**

Kevin Roy McLean - #127209

_____/

It appearing that Kevin Roy McLean has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective September 26, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:  NOV 24 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Kevin Roy McLean
Belli & McLean
473 Jackson Street, 2nd Floor
San Francisco, CA 94111