**FILED**

JAN 26 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-08-80234 MISC VRW |
| Kevin Roy McLean, | ORDER |
| State Bar No 127209 | |

On November 24, 20008, the court issued an order to show cause (OSC) why Kevin Roy McLean should not be removed from the roll of attorneys authorized to practice law before this court, based on administrative enrollment by the State Bar pursuant to Business and Professions Code Section 6007 as inactive, effective September 26, 2008.

The OSC was mailed to Mr McLean's address of record with the State Bar. Mr McLean has filed no response to the OSC.

The court now orders Kevin Roy McLean removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:             Case Number: C 08-80234   MISC VRW

Kevin Roy McLean,          **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Roy McLean
Belli & McLean
473 Jackson Street, 2nd Floor
San Francisco, CA 94111

Dated: January 26, 2009

                                     Richard W. Wieking, Clerk
                                     By: Cora Klein, Deputy Clerk

                                     *Cora Klein* (signature)